UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMPSON TALBERT,

    PLAINTIFF,

v.

GARDA CL GREAT LAKES, INC.,

    DEFENDANT.

_____/

Case No. 13-10353

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE MONA K. MAJZOUB

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [17] WITHOUT PREJUDICE

Before the Court is Defendant's Motion for Summary Judgment [17], filed on March 11, 2013.

On July 3, 2013, the Court heard argument on the Motion for Summary Judgment [17].

The Court being fully advised in the premises, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment [17] is **DENIED WITHOUT PREJUDICE**.

    **SO ORDERED**.

                                  s/Arthur J. Tarnow
                                  ARTHUR J. TARNOW
                                  SENIOR UNITED STATES DISTRICT JUDGE

DATED: July 8, 2013